UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 9, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## AMENDED JUDGMENT IN A CIVIL CASE

Antisia Music, Inc., et al.,

v.   CASE NUMBER: 2:06-CV-0408 DFL JFM

David Michael Camacho, et al.,

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

> **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 9/22/2006, in favor of Plaintiffs and against Defendants. Defendants shall pay to the American Society of Composers, Authors and Publishers on behalf of Plaintiffs, the sum of $9,500.00 in settlement of certain claims of ASCAP and its members.**

Victoria C. Minor,
Clerk of the Court

ENTERED:   January 9, 2007               by: /s/ L.Reader, Deputy Clerk