**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FILED**
January 17, 2007

CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

**SECOND AMENDED JUDGMENT IN A CIVIL CASE**

Antisia Music, Inc., et al.,

               v.      CASE NUMBER: 2:06-CV-0408 DFL JFM

David Michael Camacho, et al.,

**XX** --    **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 9/22/2006, in favor of Plaintiffs and against Defendants. Defendants shall pay to the American Society of Composers, Authors and Publishers on behalf of Plaintiffs, the sum of $7,125.00 in settlement of certain claims of ASCAP and its members.**

                                        Victoria C. Minor,
                                        Clerk of the Court

ENTERED: January 17, 2007

                                        by: /s/ L. Reader, Deputy Clerk